UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAKELA MITCHELL, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

FREY BROTHERS, INC.,

    Defendant.

_____/

Case No. 1:22-cv-07878

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2022
```

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Lakela Mitchell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Lakela Mitchell, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 16, 2022

Respectfully Submitted,

**SHAMIS & GENTILE P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
New York Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

---

IT IS HEREBY ORDERED that all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

Date: 11/18/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: */s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
New York Bar No. 5195185

*Counsel for Plaintiff and the Class*